UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| EMILY M.[1], Plaintiff, | ) | |
| v. | ) | No. 1:25-cv-02434-JRO-MJD |
| FRANK BISIGNANO Commissioner of the Social Security Administration, Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Magistrate Judge Mark J. Dinsmore has entered a Report and Recommendation recommending the Court reverse and remand the Commissioner's decision denying Plaintiff's petition for disability insurance benefits. Dkt. 20. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the **Report and Recommendation**. Dkt. [20]. This case is **REVERSED and REMANDED** for further proceedings. Final judgment will issue by separate entry.

**SO ORDERED**.

Date: 10/5/2026

Justin R. Olson
United States District Judge
Southern District of Indiana

---

[1] In an attempt to protect the privacy interest of claimants for Social Security benefits, consistent with the recommendation of the Court Administration and Case Management Committee of the Administrative Office of the United States Courts, the Southern District of Indiana has opted to use only the first name and last initial of non-governmental parties in its Social Security judicial review opinions.

Distribution:

All ECF-registered counsel of record